UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
RIVKA ZIEGLER,

                 Plaintiff,

v.                                                                                    **ORDER**

CAVALRY PORTFOLIO SERVICES, LLC,   No. 21-CV-04332 (PMH)
et al.,
                 Defendants.
-------------------------------------------------------X

PHILIP M. HALPERN, United States District Judge:

The Court has been informed that the Parties have reached a settlement in principle in this case. Accordingly, it is hereby **ORDERED** that this action is dismissed without costs and without prejudice to restoring the action to the Court's calendar, provided the application to restore the action is made within forty-five (45) days of this Order. Any application to reopen filed after forty-five (45) days from the date of this Order may be denied solely on that basis. The letter-motion seeking an extension of certain deadlines (Doc. 35) and any other pending motions are DISMISSED as moot, and all conferences are CANCELED.

Dated:  White Plains, New York
        September 8, 2021

                                                  _____
                                                  Philip M. Halpern
                                                  United States District Judge